# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 11-3197

————————

Catrina Louise Hilburn,     *
              *
   Appellant,     * Appeal from the United States
              * District Court for the
  v.         * Western District of Arkansas.
              *
Michael J. Astrue,     * [UNPUBLISHED]
Commissioner of Social Security, *
              *
   Appellee.     *

————————

Submitted: June 21, 2012
Filed: June 26, 2012

————————

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

————————

PER CURIAM.

Catrina Louis Hilburn appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon careful consideration of the issues Hilburn raises as bases for reversal, and upon de novo review of the record, this court agrees with the district court that substantial evidence

———————————————

[1]The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

on the record as a whole supports the Commissioner's decision. *See Perkins v. Astrue*, 648 F.3d 892, 897 (8th Cir. 2011).  This court affirms.  *See 8th Cir. R. 47B.*

_____